UNTED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Product Liability Litigation | **22md3043 (DLC);** 23cv10760; 23cv10767; 23cv10908; 23cv10910; 23cv10912; 23cv10916; |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the final judgment of this Court dated August 5, 2024, MDL Dkt. 1503, as well as the Court's December 18, 2023 Rule 702 Order Excluding Plaintiffs' General Causation Experts, MDL Dkt. 1381 which was not final and appealable prior to entry of judgment. Plaintiffs file this Joint Notice of Appeal pursuant to Federal Rule of Appellate Procedure 3(b)(1) and for ease of reference Plaintiffs attach a complete list of parties by case number as Exhibit 1 to this Notice. Additionally, attached is a copy of the docket report for *In Re: Acetaminophen – ASD-ADHD Products Liability Litigation,* MDL 22-md-3043.

Please note that there is a related matter pending before this Court in that matter captioned as *In re: Acetaminophen – ASD-ADHD Products Liability Litigation, Court of Appeals Case No. 24-916.*

Case 1:22-md-03043-DLC    Document 1517    Filed 08/30/24    Page 2 of 2

Dated: August 29, 2024

Respectfully Submitted

MURRAY LAW FIRM

*/s/ Thomas M. Beh*
Thomas M. Beh (Pro Hac Vice)
MURRAY LAW FIRM
701 Poydras Street, Ste. 4250
New Orleans, LA 70139
Phone: (504) 525-8100
Email: tbeh@murray-lawfirm.com

Counsel for Plaintiffs